**Affirmed and Memorandum Opinion filed April 6, 2023.**



In The

# Fourteenth Court of Appeals
———————

**NO. 14-22-00413-CR**
**NO. 14-22-00414-CR**
**NO. 14-22-00415-CR**
———————

**JACOB DAVIDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1731987, 1731986, & 1731988**

## MEMORANDUM OPINION

Appellant Jacob Davidson appeals three judgments of conviction, each on a charge of burglary of a habitation. Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no

arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).